No. 10–6607.  SHELTON *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 10–6621.  CARDENAS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–6622.  COMPIAN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 09–1449.  MEACHAM ET AL. *v.* KNOLLS ATOMIC POWER LABORATORY ET AL.; and

No. 10–36.  KAPL, INC., ET AL. *v.* MEACHAM ET AL.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of these petitions.